UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON STEWART

                      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY

                      Defendant.

O R D E R
CV09-5281 (CBA)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMON, J.

       Effective **April 1, 2008**, the revised policy of the Board of Judges for docketing and calendaring Social Security cases and expediting their disposition expects the parties to adhere to the following schedule:
       **Petitioner, if pro se, is granted leave to proceed in forma pauperis;**

       (i) that defendant will obtain and serve upon plaintiff the administrative record of the proceedings, along with its answer, within ninety (90) days of commencement of the action, or **March 1, 2010**;

       (ii) that, unless otherwise directed by a district judge or magistrate judge, defendant will move for judgment on the pleadings within the next sixty (60) days or **April 29, 2010**, by service of motion papers upon plaintiff;

       (iii) that plaintiff's response papers will be served upon defendant within thirty (30) days thereafter or **May 28, 2010**; and

       (iv) that upon receipt of plaintiff's papers, defendant will then file the entire set of motion papers and the administrative record with the Court.

       This Administrative Order does not limit in any way the authority of a district judge or magistrate judge to enter such orders and directives that sound administration may require.

       SO ORDERED.

Dated: Brooklyn, New York
       December 14, 2009

/S/
_____
Carol Bagley Amon
United States District Judge